| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fortunoff Holdings, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**H Acquisition, LLC** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**26-1997228** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**70 Charles Lindbergh Boulevard**<br>**Uniondale, New York**  ZIP CODE **11553** | Street Address of Joint Debtor (No. and Street, City, and State):  ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Nassau** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIP CODE | Mailing Address of Joint Debtor (if different from street address):  ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**3 West 57th Street, New York, New York 10019 (Prior 180 days)**<br>**1 Maple Avenue, White Plains, New York 10605** | ZIP CODE |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☒ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☒ Other

**Retail Business**

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household personal."
- ☒ Debts are primarily business debts.

**Filing Fee** (Check one box.)
- ☒ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**  —  THIS SPACE IS FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**Estimated Number of Creditors**

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☒ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☒ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B 1 (Official Form 1) (1/08)     Page 2

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>**Fortunoff Holdings, LLC** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location    N/A<br>Where Filed: | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor:<br>    **See Annex A** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13, of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>    Signature of Attorney for Debtors(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public heath or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.[1]

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check all applicable boxes)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification (11 U.S.C. § 362(l)).

---

[1] The Debtor does not believe it owns or possesses any real or personal property that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety. To the extent the Debtor has an interest in such property, to the best of the Debtor's knowledge, the Debtor is in compliance with all applicable laws, including, without limitation, all environmental laws and regulations.

| B 1 (Official Form 1) (1/08) | Page 2 |
|---|---|
| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Fortunoff Holdings, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petition is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X */s/ Lee S. Attanasio*
Signature of Attorney or Debtor(s)
**Lee S. Attanasio**
Printed Name of Attorney for Debtor(s)
**Sidley Austin LLP**
Firm Name
**787 Seventh Avenue**
Address
**New York, New York 10019**

**212-839-5300**
Telephone Number
**February 5, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Christopher Sim*
Signature of Authorized Individual
**Christopher Sim**
Printed Name of Authorized Individual
**Chief Financial Officer**
Title of Authorized Individual
**February 5, 2009**
Date

## ANNEX A

On the date hereof, each of the affiliated entities listed below (including the debtor in this chapter 11 case) filed with this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of these petitions, these entities filed an application requesting that the Court consolidate for procedural purposes only and jointly administer their chapter 11 cases.

1. Fortunoff Holdings, LLC

2. Fortunoff Card Company, LLC

# RESOLUTIONS
# OF THE BOARD OF MANAGERS OF
# <u>FORTUNOFF HOLDINGS, LLC</u>

The undersigned, comprising a majority of the board of managers (the "Board of Managers") of Fortunoff Holdings, LLC, a Delaware limited liability company (the "Company"), acting by written consent in lieu of a meeting, hereby waive all notice of the time, place and purpose of a meeting and consent to, approve, and adopt the following resolutions (the "Resolutions") and take the following actions:

WHEREAS, in the judgment of the Board of Managers, it is desirable and in the best interests of the Company, its creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code");

NOW THEREFORE, BE IT

RESOLVED, that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the Bankruptcy Code;

FURTHER RESOLVED, that each of the President, Vice Presidents, Chief Executive Officer, Chief Financial Officer, Chief Operating Officer, and Secretary, and any other persons as such officers shall from time to time designate (each, an "Authorized Officer" and together, the "Authorized Officers") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Company to execute and verify or certify a petition under Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") at such time as such Authorized Officer executing the same shall determine and in such form or forms as such Authorized Officer may approve;

FURTHER RESOLVED, that the law firm of Sidley Austin LLP, 787 Seventh Avenue, New York, New York 10019, be, and hereby is, retained and employed as attorneys for the Company in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code;

FURTHER RESOLVED, that Zolfo Cooper, LLC be, and hereby is, retained and employed as bankruptcy consultants and special financial advisors for the Company in connection with the prosecution of the Company's case under Chapter 11 of the Bankruptcy Code;

FURTHER RESOLVED, that each of the Authorized Officers be, and each of them hereby is, authorized to execute and file any and all petitions, schedules, motions, lists, applications, pleadings, and other papers, and to take any and all further actions which the Authorized Officers or the Company's legal counsel may deem necessary or appropriate to file the voluntary petition for relief under Chapter 11 of the Bankruptcy Code, and to take and perform any and all further acts and deeds which they deem necessary, proper or desirable in connection with the Chapter 11 case, with a view to the successful prosecution of such case, including, without limitation, seeking authority to guarantee or borrow, and borrowing, amounts

under any post-petition financing facility for itself or its affiliates, and granting liens, guarantees, pledges, mortgages and/or other security therefor and filing financing statements, mortgages, intellectual property security agreements and other documents related thereto, and seeking authority to sell, in whole or in part, any of its assets, and to enter into such agreements with one or more parties as may be necessary, proper or desirable to effectuate any such sale transaction;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized to employ and retain legal counsel, financial advisors, accountants and other professionals, to advise the Company in connection with its case under Chapter 11 of the Bankruptcy Code;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions to execute, deliver, certify, file and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, and to take such other action as, in the judgment of such Authorized Officers, shall be or become necessary, proper and desirable to effectuate a successful prosecution of the Chapter 11 case;

FURTHER RESOLVED, that the Authorized Officers, be, and each of them hereby is, authorized on behalf of, and in the name of, the Company to execute such consents of the Company, as such Authorized Officers consider necessary, proper or desirable to effectuate these Resolutions, such determination to be evidenced by such execution or taking of such action;

FURTHER RESOLVED, that the Authorized Officers be, and each of them hereby is, authorized and directed on behalf of the Company to take such actions to (i) negotiate, execute, deliver and/or file any and all of the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as such Authorized Officers deem appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company in such form and substance as such Authorized Officers may approve, together with such changes and amendments to any of the terms and conditions thereof as such Authorized Officers may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such Authorized Officers to constitute evidence of such approval; (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company, any and all agreements, documents, certificates, consents, filings and applications relating to the Resolutions and matters ratified or approved herein and the transactions contemplated hereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such Authorized Officers deem appropriate or advisable in connection therewith; and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the Resolutions and matters ratified or approved herein and the consummation of the transactions contemplated hereby; and

FURTHER RESOLVED, that to the extent that any of the actions authorized by any of these Resolutions have been taken by the Authorized Officers on behalf of the Company, such actions are hereby ratified and confirmed in their entirety.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the undersigned have executed these resolutions as of the 5th day of February, 2009.

_____
RICHARD BAKER
Manager

_____
DONALD WATROS
Manager

_____
CHARLES CHINNI
Manager

_____
DIANE BAKER
Manager

*[Signature page to the Resolutions of the Board of Managers of Fortunoff Holdings, LLC]*

4

IN WITNESS WHEREOF, the undersigned have executed these resolutions as of the 5th day of February, 2009.

---
RICHARD BAKER
Manager

---
DONALD WATROS
Manager

*/s/ Charles Chinni*
---
CHARLES CHINNI
Manager

---
DIANE BAKER
Manager

*[Signature page to the Resolutions of the Board of Managers of Fortunoff Holdings, LLC]*

4

NY1 6846981v.5

IN WITNESS WHEREOF, the undersigned have executed these resolutions as of the 5th day of February, 2009.

_____
RICHARD BAKER
Manager


_____
DONALD WATROS
Manager


_____
CHARLES CHINNI
Manager


_____
DIANE BAKER
Manager


*[Signature page to the Resolutions of the Board of Managers of Fortunoff Holdings, LLC]*

4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X
In re:                                                 :   Chapter 11
                                                       :
FORTUNOFF HOLDINGS, LLC, and                           :   Case No. 09-_____ (____)
FORTUNOFF CARD COMPANY, LLC                            :
                                                       :
                           Debtors.                    :   (Motion for Joint Administration Pending)
------------------------------------------------------- X

## CONSOLIDATED LIST OF CREDITORS
## HOLDING THIRTY LARGEST UNSECURED CLAIMS

Set forth below is a list of creditors holding the thirty largest unsecured claims against the debtors and the debtors in possession in the above-captioned cases (collectively, the "Debtors") as of approximately February 4, 2009. The list has been prepared on a consolidated basis from the books and records of the Debtors. The information presented in the list below shall not constitute an admission of liability by, nor is it binding on, the Debtors.[1]

The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101; or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the thirty largest unsecured claims.

| Creditor | Contact | Contact Information | Nature of Claims | Estimated Amount of Claim | Contingent, Unliquidated, Disputed or Partially Secured |
|---|---|---|---|---|---|
| 1. Hanamint Corporation | Bill Kennedy | 8010 Thorndike Rd. Greensboro, NC 27409 Phone: (336) 855-9141 Fax: (336) 855-8482 Email: wckennedy@casacasual.com | Trade Debt | $1,560,485 | |
| 2. Michael Werdiger, Inc. | Richard Werdiger | 35 West 45th St. New York, NY 10036 Phone: (212) 869-5160 Fax: (212) 869-5945 Email: rsw@mwiny.com | Trade Debt | $992,232 | |

---

[1] The Debtors will file the schedules of assets and liabilities (the "Schedules") in accordance with 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007. The information contained in the Schedules may differ from that set forth below. Furthermore, the Debtors have not yet identified which of their largest unsecured claims, if any, are contingent, unliquidated, disputed and/or partially secured. The Debtors reserve the right to identify any of their claims listed in the Schedules as contingent, unliquidated, disputed and/or partially secured as appropriate.

| Creditor | Contact | Contact Information | Nature of Claims | Estimated Amount of Claim | Contingent, Unliquidated, Disputed or Partially Secured |
|---|---|---|---|---|---|
| 3. Agio International Co. Ltd. | Bob Wolf | 847 Seahawk Circle<br>Virginia Beach, VA  23452<br>Phone:  (617) 236-7135<br>Fax:  (510) 594-6083<br>Email: bobwolf@agio-usa.com | Trade Debt | $875,122 | |
| 4. Disons Gems, Inc. | Rahul Mehta | 415 Madison Ave, Suite 800<br>New York, NY  10017<br>Phone:  (212) 921-4133<br>Fax:  (212) 730-8265<br>Email: rahul@snjny.com | Trade Debt | $624,534 | |
| 5. Lenox | Fred Spivak | Tilton Rd.<br>Pomona, NJ  08240<br>Phone:  (215) 493-9154<br>Fax:  (609) 965-2852<br>Email: fred_spivak@lenox.com | Trade Debt | $622,318 | |
| 6. Swatch Watch Group | Joe Mella | 55 Metro Way, Suite 1<br>Sscaucus, NJ  07094<br>Phone:  (201) 271-4660<br>Fax:  (201) 271-1400<br>Email: joe.mella@swatchgroup.com | Trade Debt | $589,921 | |
| 7. Gucci Watch | Michael Benavente | Gucci Group Watches<br>50 Hartz Way<br>Secaucus, NJ  07094<br>Phone:  (866) 692-8244<br>Fax:  (201) 770-2680<br>Email: mbenavente@gucci.com | Trade Debt | $580,715 | |
| 8. Victorinox Swiss Army | Keelan Dwyer | P.O. BOX 845362<br>Boston, MA  02284<br>Phone:  (914) 834-1348<br>Fax:  (203) 944-2313<br>Email: keelan.dwyer@swissarmy.com | Trade Debt | $510,110 | |
| 9. Le Vian | Liz Etessami | 235 Great Neck Road<br>Great Neck, NY  11021<br>Phone:  (516) 466-7200<br>Fax:  (516) 466-7201<br>Email:  liz@levian.com | Trade Debt | $506,883 | |
| 10. Sunny Creations | Maria Chan | Hilder Centre, Suite 1003-1004<br>10/F, 2 Sung Ping St.<br>Hunghom, Kowlong, Hong Kong<br>Phone: 011-85223346837<br>Fax: 011-85227640081<br>Email: maria@sunnycreations.com.hk | Trade Debt | $491,502 | |

| Creditor | Contact | Contact Information | Nature of Claims | Estimated Amount of Claim | Contingent, Unliquidated, Disputed or Partially Secured |
|---|---|---|---|---|---|
| 11. E. Lee Martin, Inc. | Emily Martin | 579 Fifth Avenue, Suite 488<br>New York, NY 10017<br>Phone: (212) 688-0402<br>Fax: (212) 688-9566<br>Email: elm488@aol.com | Trade Debt | $482,631 | |
| 12. Quality Color Design | Leon | 33 West 46th St.<br>Suite 600<br>New York, NY 10036<br>Phone: (212) 768-1311<br>Fax: (212) 391-9149<br>Email: isardar@qualitycolor.com | Trade Debt | $479,153 | |
| 13. Croscill Curtain Co., Inc. | Dan Frangis | 2102 Fay St.<br>Durham, NC 27704<br>Phone: (800) 999-4663<br>Fax: (919) 683-6360<br>Email: dfrangis@croscill.com | Trade Debt | $477,950 | |
| 14. Quebecor World | Bill Sullivan | P.O. Box 98668<br>Chicago, IL 60693<br>Phone: (203) 287-5024<br>Fax:<br>bill.sullivan@quebecorworld.com | Advertising and Printing | $432,399 | |
| 15. Waterford/ Wedgewood | Dan Marino | 1330 Campus Parkway<br>PO Box 1454<br>Wall, NJ 07719<br>Phone: (732) 938-5800<br>Fax: (732) 378-2153<br>Email: jmarino@wwusa.com | Trade Debt | $399,598 | |
| 16. Yotrio International LLC | Bob Sayre | 4550 San Pablo Ave.<br>Suite B<br>Emeryville, CA 94608<br>Phone: (925) 451-8018<br>Fax: (510) 594-6083<br>Email: bob@yotrioint.com | Trade Debt | $382,786 | |
| 17. Pride Family Brands, Inc. | Jamie Lowsky | PO Box 100936<br>Fort Lauderdale, FL 33310<br>Phone: (305) 735-9800<br>Fax: (954) 735-0942<br>Email: jamiesuits@aol.com | Trade Debt | $366,536 | |
| 18. Fossil Partners LP | Mike Barnes | P O Box 200345<br>Dallas, TX 75320<br>Phone: (972) 699-6805<br>Fax: (972) 699-6815<br>Email: mikeb@fossil.com | Trade Debt | $320,955 | |
| 19. Ojm | Lydia Lai | 714-716 Houston Centre<br>63 Mody Rd, T.S.T. East<br>Kowloon, Hong Kong<br>Phone: 011-85223690151<br>Fax: 011-85227395243<br>Email: lydiayt@ojm.com.hk | Trade Debt | $310,833 | |

| Creditor | Contact | Contact Information | Nature of Claims | Estimated Amount of Claim | Contingent, Unliquidated, Disputed or Partially Secured |
|---|---|---|---|---|---|
| 20. Assael International Inc. | Nadya Esenyan | 580 Fifth Avenue<br>New York, NY 10036<br>Phone: (212) 819-0060<br>Fax: (212) 764-1965<br>Email: nesenyan@assael.com | Trade Debt | $304,569 | |
| 21. William Levine Inc. | David Levine | 29 East Madison Street<br>Suite 1414<br>Chicago, IL 60602<br>Phone: (800) 538-4637<br>Fax: (312) 580-7470<br>Email: jewels@wlfj.com | Trade Debt | $301,945 | |
| 22. Arco Design/Build | David Hertog | 1100 East Hector Street<br>Suite 419<br>Conshohocken, PA 19424<br>Phone: (610) 234-0070<br>Fax: (610) 234-0076 | Construction | $295,996 | |
| 23. Erwin & Sons Direct Imports | James Erwin | 261 Heritage Walk<br>Woodstock, GA 30188<br>Phone: (770) 579-0414<br>Fax: (770) 579-0595<br>Email: wicker50@aol.com | Trade Debt | $292,074 | |
| 24. Christopher Designs | Christopher Slowinski | 42 West 48th Street<br>New York, NY 10036<br>Phone: (800) 955-0970<br>Fax: (212) 768-8978<br>Email: chris@christopherdesigns.com | Trade Debt | $284,990 | |
| 25. Novell Enterprises, Inc. | Bruce Pucciarello | 2100 Felver Court<br>Rahway, NJ 07065<br>Phone: (800) 668-3551<br>         (908) 245-0700<br>Fax:    (732) 428-8301<br>Email: bruce@novelldesignstudio.com | Trade Debt | $282,548 | |
| 26. Seville Watch Corp. | Sonia Breganti | 635 Madison Ave.<br>New York, NY 10022<br>Phone: (212) 355-3450<br>Fax: (212) 355-3720<br>Email: sonia@sevillewatch.com | Trade Debt | $277,758 | |
| 27. Dov Schwartz, Inc. | Dov Schwartz | 550 Fifth Avenue, Suite 601<br>New York, NY 10036<br>Phone: (212) 681-8660<br>Fax: (212) 867-1383<br>Email: dovschwartz@aol.com | Trade Debt | $272,902 | |
| 28. Sunjoy Indus. Group Limited | Lilly Li | 1318 Two Pacific Place<br>88 Queensway Admiralty<br>Hong Kong<br>Phone: (718) 681-8900<br>Fax: 011-852229189808<br>Email: lilyli@sunjoygroup.com | Trade Debt | $268,770 | |

| Creditor | Contact | Contact Information | Nature of Claims | Amount of Claim | Contingent, Unliquidated, Disputed or Partially Secured |
|---|---|---|---|---|---|
| 29. Hanover Warehouse | Dave Telesco | 100 Central Avenue, Bldg. 17 South Kearny, NJ 07032 Phone: (973) 589-2119 Fax: (973) 589-3088 Email: davet@hanoverwhse.com | Warehousing | $259,321 | |
| 30. Cast Classics Inc. | David Arad | 1270 Valley Brook Ave. Lyndhurst, NJ 07071 Phone: (201) 476-0993 Fax: (201) 896-1539 Email: davidarad@castclassic.com | Trade Debt | $249,234 | |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of **Fortunoff Holdings, LLC**, named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing "Consolidated List of Creditors Holding the Thirty Largest Unsecured Claims" against the Debtors and that the list is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: February 5, 2009

By: _____
Christopher Sim
Chief Financial Officer

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
In re:                                            :    Chapter 11
                                                  :
FORTUNOFF HOLDINGS, LLC, and                      :    Case No. 09-_____ (___)
FORTUNOFF CARD COMPANY, LLC                       :
                                                  :
                            Debtors.              :    (Motion for Joint Administration Pending)
------------------------------------------------------------ X

# LIST OF CREDITORS[1]

       The debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") have filed contemporaneously herewith a motion requesting a waiver of the requirement for filing a list of creditors pursuant to sections 105(a), 342(a), and 521(a)(1) of chapter 11 of title 11 of the United States Code, Rule 1007(a)(1) and 2002(a), (f), and (l) of the Federal Rules of Bankruptcy Procedure, Rule 1007-1 of the Local Bankruptcy Rules for the Southern District of New York, and General Orders M-133, M-137, M-138 and M-192 of the United States Bankruptcy Court for the Southern District of New York. The Debtors propose to furnish their list of creditors to the proposed claims and noticing agent. The Debtors have consulted with the clerk of this Court to implement the foregoing procedures.

       The list of creditors will contain only those creditors whose names and addresses were maintained in the Debtors' consolidated database or were otherwise ascertainable by the Debtors prior to the commencement of these cases. The schedules of liabilities to be subsequently filed should be consulted for a list of the Debtors' creditors that is comprehensive and current as of the date of the commencement of these cases.

---

[1] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtors.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
In re:                                                     :    Chapter 11
                                                           :
FORTUNOFF HOLDINGS, LLC, and                               :    Case No. 09-_____ (____)
FORTUNOFF CARD COMPANY, LLC                                :
                                                           :
                                Debtors.                   :    (Motion for Joint Administration Pending)
---------------------------------------------------------- X

## LIST OF EQUITY SECURITY HOLDERS

In accordance with Rules 1007(a)(1) and 1007(a)(3) of the Federal Rules of Bankruptcy Procedure, Fortunoff Holdings, LLC ("Fortunoff") hereby submits the following information:

- The equity security holder of Fortunoff is as follows:

| Name of Last Known Address of Equity Interest Holder | Kind of Interest | Interest Held |
|---|---|---|
| NRDC Fund V, LLC<br>3 Manhattanville Road<br>Purchase, New York 10577 | Membership | 100% |

## DECLARATION UNDER PENALTY OF PERJURY

I, the undersigned authorized officer of **Fortunoff Holdings, LLC**, named as the debtor in this case, declare under penalty of perjury that I have reviewed the foregoing "List of Equity Security Holders" and that the list is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: February 5, 2009

By: _____
Christopher Sim
Chief Financial Officer

NY1 6847062v.7