# United States Bankruptcy Court
## Southern District of New York

In re:  | Chapter 11

Fortunoff Holdings LLC and
Fortunoff Card Company, LLC | Case No. 09-10497 (RDD)

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

**Contrarian Funds, LLC**
Name of Transferee

Name and address where notices
to transferee should be sent:

Contrarian Funds, LLC
411 West Putnam Ave., Ste. 425
Greenwich, CT 06830
Attention: Alisa Mumola
Telephone: 203-862-8211
Email: amumola@contrariancapital.com

**Mercer**
Name of Transferor

Name and Current Address of Transferor:

Mercer
Attn Joanne Flowers
PO Box 100260
Pasadena, CA 91189

**Proof of Claim #: 3135**
**Total amount of Claim: $34,374.84**

I declare under penalty of perjury that the information provided in this notice
is true and correct to the best of my knowledge and belief.

By: _____/s/ *Alisa Mumola*_____   Date: _____June 29, 2010_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

Mercer, Inc., a _____ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated May 15, 2010, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (the "Claim"), in the principal amount of $34,374.84, claim number 3135, against Fortunoff Holdings, LLC, (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, case no. 09-10497 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 15 day of May 2010.

(Assignor)  
Mercer, Inc.

By: _Allison Brecher_  
Name: Allison Brecher  
Title: Sr. Litigation Counsel

(Assignee)  
CONTRARIAN FUNDS, LLC  
By: Contrarian Capital Management, L.L.C., as manager

By: _____  
Name: JANICE M. STANTON  
Title: MEMBER

(Assignor)  
WITNESS:

By: _____  
Name: O Kimmunseller  
Title: Admin Asst.