*WARN*

(00013) MATTER NUMBER
RE: Employee Benefits and Severance, Pensions ERISA, Labor

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MARCH 31, 2009

| Date | Timekeeper | | Description | Hours | Value |
|---|---|---|---|---|---|
| 03/12/09 | AI | SILFEN | Negotiate employment rejection, mark up agreement. | .8 | 584.00 |
| 03/16/09 | VW | WEBB | Research federal WARN Act, New York WARN Act, and New Jersey WARN Act. | 6.6 | 2,772.00 |
| 03/16/09 | VW | WEBB | Review e-mails from G. Angelich and C. Cohen regarding WARN Act research. | .1 | 42.00 |
| 03/17/09 | VW | WEBB | Review document index for documents relevant to WARN analysis. | .2 | 84.00 |
| 03/17/09 | VW | WEBB | Research and analysis related to federal, New York and New Jersey WARN statutes. | 2.1 | 882.00 |
| 03/17/09 | VW | WEBB | Meeting w/ N. Heermans regarding same. | .2 | 84.00 |
| 03/17/09 | GA | ANGELICH | Telephone conference with Tim Brown, Rachel Richardson, Katie Lane, Kate Briscoe re project strategy and investigation into claims. | 1.0 | 460.00 |
| 03/17/09 | NH | HEERMANS | Meet with Valerie Webb on WARN Act analysis, prepare for same. | 1.1 | 671.00 |
| 03/18/09 | NH | HEERMANS | Review WARN act complaint, relevant law. | 2.1 | 1,281.00 |
| 03/18/09 | GA | ANGELICH | Telephone calls and e-mails with debtors' counsel, Teresa Chan, Valerie Webb re WARN Act issues. | .4 | 184.00 |
| 03/18/09 | GA | ANGELICH | Confer with Valerie Webb and Brian Ryniker re WARN Act issues and background data needed for analysis. | .3 | 138.00 |
| 03/18/09 | GA | ANGELICH | Telephone conference with Teresa Chan re WARN Act issues and information from debtors. | .3 | 138.00 |
| 03/18/09 | GA | ANGELICH | Review of Court order shortening time re Saint Regis rejection. | .2 | 92.00 |
| 03/18/09 | GA | ANGELICH | Draft and transmit e-mail to Lee Attanasio summarizing and requesting WARN documents and cooperation. | .2 | 92.00 |
| 03/18/09 | VW | WEBB | Document review related to same. | 1.0 | 420.00 |
| 03/18/09 | VW | WEBB | Review WARN Act complaint. | .2 | 84.00 |
| 03/18/09 | VW | WEBB | Research and analysis related to federal, New York and New Jersey WARN statutes. | 5.3 | 2,226.00 |
| 03/18/09 | VW | WEBB | Telephone conference w/ G. Angelich regarding facts relevant to WARN analysis. | .2 | 84.00 |
| 03/18/09 | NA | CONSTANTINO | Obtain Warn Act adversary complaint and docket for G. Angelich | .3 | 79.50 |



| Date | Init | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/19/09 | VW | WEBB | Factual and legal research and analysis of Debtor's federal, New York and New Jersey WARN Act exposure. | 5.3 | 2,226.00 |
| 03/19/09 | VW | WEBB | Conference call with Debtor's counsel and N. Heermans regarding same. | .9 | 378.00 |
| 03/19/09 | VW | WEBB | Draft sections of analysis. | 2.4 | 1,008.00 |
| 03/19/09 | VW | WEBB | Meeting w/ N. Heermans regarding same. | .2 | 84.00 |
| 03/19/09 | NH | HEERMANS | Review draft legal memorandum on same. | .4 | 244.00 |
| 03/19/09 | NH | HEERMANS | Conference call with Debtors' counsel about WARN Act issues, prepare for same. | 1.9 | 1,159.00 |
| 03/19/09 | GA | ANGELICH | Confer with Valerie Webb re issues for conference with debtors' counsel. | .2 | 92.00 |
| 03/20/09 | NH | HEERMANS | Review Debtors' draft answers to WARN Act complaint, communicate with team on same. | 1.7 | 1,037.00 |
| 03/20/09 | GA | ANGELICH | Coordinate with and respond to substantive inquires from Nancy Heermans and Valerie Webb re filing of debtors' answer to WARN Act complaint. | .3 | 138.00 |
| 03/20/09 | GA | ANGELICH | Review, analyze and mark up draft rejection motion of employment contracts of Ippolito and Marotta. | .4 | 184.00 |
| 03/20/09 | GA | ANGELICH | Request and review of D&O policy abstract and circulate internally for review and analysis. | .2 | 92.00 |
| 03/20/09 | VW | WEBB | Teleconference w/ K. Lane regarding facts relevant to WARN analysis. | .1 | 42.00 |
| 03/20/09 | VW | WEBB | Conference call w/ G. Angelich and B. Ryniker regarding same. | .1 | 42.00 |
| 03/20/09 | VW | WEBB | Telephone conference w/ Debtor's counsel regarding same. | .1 | 42.00 |
| 03/20/09 | VW | WEBB | Meeting w/ N. Heermans regarding WARN issues. | .9 | 378.00 |
| 03/20/09 | VW | WEBB | Analyze WARN issues and draft results of same; respond to committee questions. | 6.4 | 2,688.00 |
| 03/20/09 | NH | HEERMANS | Meet with Valerie Webb on memorandum to committee on WARN Act issues, prepare for same, communicate with George Angelich on facts for same. | 1.6 | 976.00 |
| 03/20/09 | VW | WEBB | Read and evaluate Debtor's answer to Fortunoff complaint, report results to N. Heermans. | .8 | 336.00 |
| 03/20/09 | KB | BRISCOE | Telephone conference with N. Heermans and V. Webb regarding documents for WARN Act analysis | .2 | 92.00 |
| 03/21/09 | VW | WEBB | Draft, review and revise analysis of Iannacone complaint and federal and state WARN issues. | 1.3 | 546.00 |
| 03/22/09 | VW | WEBB | Draft, review and revise analysis of federal and state WARN issues. | 2.1 | 882.00 |
| 03/22/09 | NH | HEERMANS | Review, edit memoranda on WARN Act issues, read cases for same. | 5.4 | 3,294.00 |

| Date | Init | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 03/23/09 | NH | HEERMANS | Revise/finalize memoranda on WARN Act issues. | 1.3 | 793.00 |
| 03/23/09 | VW | WEBB | Telephone conference w/ B. Ryniker regarding facts related to WARN analysis. | .3 | 126.00 |
| 03/23/09 | VW | WEBB | Draft, review and revise analysis of federal and state WARN issues. | 2.1 | 882.00 |
| 03/23/09 | VW | WEBB | Telephone conference w/ N. Heermans regarding WARN issues.. | .1 | 42.00 |
| 03/23/09 | GA | ANGELICH | Preparation for telephone conference with litigation team and attend meeting, identify issues and support assignment of projects. | 1.2 | 552.00 |
| 03/24/09 | GA | ANGELICH | Review and mark up of Ippolito and Marotta rejection motion and transmit same to debtors' counsel. | .6 | 276.00 |
| 03/24/09 | GA | ANGELICH | Review of non-insider KERP motion and confer with Bridget Hauserman re same. | .8 | 368.00 |
| 03/24/09 | GA | ANGELICH | Draft and transmit e-mail to Lee Attanasio requesting clarification and statement on debtors' broader retention and incentive plan. | .2 | 92.00 |
| 03/24/09 | NH | HEERMANS | Review long WARN Act legal memo. | 2.2 | 1,342.00 |
| 03/24/09 | AI | SILFEN | Review KERP, discuss motion with B. Ryniker. | .8 | 584.00 |
| 03/25/09 | AI | SILFEN | Review and revise KERP pleadings and order. | 1.3 | 949.00 |
| 03/25/09 | GA | ANGELICH | Confer with Bridget Hauserman re finalizing KERP motion and negotiate anti double DIP provision in draft order. | .2 | 92.00 |
| 03/25/09 | GA | ANGELICH | Confer with Andrew Silfen re KERP motion. | .2 | 92.00 |
| 03/25/09 | GA | ANGELICH | Telephone conference with Bridget Hauserman re KERP motion. | .1 | 46.00 |
| 03/25/09 | GA | ANGELICH | Review and revise KERP motion. | .4 | 184.00 |
| 03/25/09 | GA | ANGELICH | E-mails with Bridget Hauserman re mark up and committee comments to KERP motion. | .2 | 92.00 |
| 03/25/09 | GA | ANGELICH | Telephone conference with Bridget Hauserman re committee comment to KERP approval order. | .2 | 92.00 |
| 03/27/09 | GA | ANGELICH | Confer with Bridget Hauserman re preparation of proposed order addressing rejection of employment contracts. | .2 | 92.00 |
| 03/31/09 | GA | ANGELICH | Confer with Teresa Chan and review of revised debtors' motion for rejection of employment agreements | .2 | 92.00 |

```
                CURRENT FEES                                  33,145.50
```

(00013) MATTER NUMBER
RE:  Employee Benefits and Severance, Pensions ERISA,
     Labor

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MAY 31, 2009

| Date | Timekeeper | | Description | Hours | Value |
|---|---|---|---|---|---|
| 05/06/09 | VW | WEBB | Review email request from A. Silfen regarding WARN Act. | .1 | 42.00 |
| 05/06/09 | NH | HEERMANS | Meet with Val Webb on WARN Act issue. | .6 | 366.00 |
| 05/06/09 | VW | WEBB | Research related to liquidating fiduciary defense as applied to NJ and NY WARN statutes. | 1.6 | 672.00 |
| 05/06/09 | VW | WEBB | Draft email to A. Silfen analyzing WARN. | .6 | 252.00 |
| 05/08/09 | CC | COHEN | Telephone call with A. Silfen regarding severance motion, review motion and supporting papers. | .5 | 307.50 |
| 05/12/09 | GA | ANGELICH | Review of draft motion to approve settlement with Chris Sim, draft stipulation with Chris Sim, draft proposed order approving Chris Sim settlement. | .4 | 184.00 |
| 05/12/09 | GA | ANGELICH | Request back up, detail and copies agreements affecting Chris Sim employment. | .1 | 46.00 |
| 05/12/09 | GA | ANGELICH | Preliminary review of Sim employment agreement and side letter. | .2 | 92.00 |
| 05/14/09 | AI | SILFEN | Review proposed treatment and mark up response. | .8 | 584.00 |
| 05/15/09 | VW | WEBB | Review notice of adjournment. | .1 | 42.00 |
| 05/15/09 | GA | ANGELICH | Confer with Valerie Webb re WARN Act litigation and status of adversary proceeding. | .2 | 92.00 |
| 05/17/09 | VW | WEBB | Review docket. | .1 | 42.00 |
| 05/17/09 | JN | ROTHLEDER | Draft and revise objection to Chinni motion for administrative expense claim. | 2.9 | 1,290.50 |
| 05/17/09 | VW | WEBB | Review debtors defenses. | .2 | 84.00 |
| 05/17/09 | VW | WEBB | Draft email to G. Angelich discussing same. | .3 | 126.00 |
| 05/18/09 | GA | ANGELICH | Coordinate objection to motion to pay Chris Sim. | .3 | 138.00 |
| 05/18/09 | JN | ROTHLEDER | Revise objection to Saint Regis' request for administrative claim. | .7 | 311.50 |
| 05/19/09 | JN | ROTHLEDER | Revise objection to payment of Saint Regis admin. claim. | 1.3 | 578.50 |
| 05/19/09 | VW | WEBB | Check WARN case docket for activity. | .1 | 42.00 |
| 05/19/09 | NH | HEERMANS | Review update on WARN case. | .3 | 183.00 |
| 05/19/09 | VW | WEBB | Read stipulation to amend complaint and proposed amended complaint and compare to original complaint. | .5 | 210.00 |

(00013) MATTER NUMBER  
RE:   Employee Benefits and Severance, Pensions ERISA,  
      Labor

FOR PROFESSIONAL SERVICES RENDERED THROUGH: MAY 31, 2009

| Date | Timekeeper | | Description | Hours | Value |
|---|---|---|---|---|---|
| 05/06/09 | VW | WEBB | Review email request from A. Silfen regarding WARN Act. | .1 | 42.00 |
| 05/06/09 | NH | HEERMANS | Meet with Val Webb on WARN Act issue. | .6 | 366.00 |
| 05/06/09 | VW | WEBB | Research related to liquidating fiduciary defense as applied to NJ and NY WARN statutes. | 1.6 | 672.00 |
| 05/06/09 | VW | WEBB | Draft email to A. Silfen analyzing WARN. | .6 | 252.00 |
| 05/08/09 | CC | COHEN | Telephone call with A. Silfen regarding severance motion, review motion and supporting papers. | .5 | 307.50 |
| 05/12/09 | GA | ANGELICH | Review of draft motion to approve settlement with Chris Sim, draft stipulation with Chris Sim, draft proposed order approving Chris Sim settlement. | .4 | 184.00 |
| 05/12/09 | GA | ANGELICH | Request back up, detail and copies agreements affecting Chris Sim employment. | .1 | 46.00 |
| 05/12/09 | GA | ANGELICH | Preliminary review of Sim employment agreement and side letter. | .2 | 92.00 |
| 05/14/09 | AI | SILFEN | Review proposed treatment and mark up response. | .8 | 584.00 |
| 05/15/09 | VW | WEBB | Review notice of adjournment. | .1 | 42.00 |
| 05/15/09 | GA | ANGELICH | Confer with Valerie Webb re WARN Act litigation and status of adversary proceeding. | .2 | 92.00 |
| 05/17/09 | VW | WEBB | Review docket. | .1 | 42.00 |
| 05/17/09 | JN | ROTHLEDER | Draft and revise objection to Chinni motion for administrative expense claim. | 2.9 | 1,290.50 |
| 05/17/09 | VW | WEBB | Review debtors defenses. | .2 | 84.00 |
| 05/17/09 | VW | WEBB | Draft email to G. Angelich discussing same. | .3 | 126.00 |
| 05/18/09 | GA | ANGELICH | Coordinate objection to motion to pay Chris Sim. | .3 | 138.00 |
| 05/18/09 | JN | ROTHLEDER | Revise objection to Saint Regis' request for administrative claim. | .7 | 311.50 |
| 05/19/09 | JN | ROTHLEDER | Revise objection to payment of Saint Regis admin. claim. | 1.3 | 578.50 |
| 05/19/09 | VW | WEBB | Check WARN case docket for activity. | .1 | 42.00 |
| 05/19/09 | NH | HEERMANS | Review update on WARN case. | .3 | 183.00 |
| 05/19/09 | VW | WEBB | Read stipulation to amend complaint and proposed amended complaint and compare to original complaint. | .5 | 210.00 |

(00013) MATTER NUMBER
RE:   Employee Benefits and Severance, Pensions ERISA,
      Labor

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JUNE 30, 2009

| Date | Timekeeper | | Description | Hours | Value |
|---|---|---|---|---|---|
| 06/02/09 | VW | WEBB | Draft, review and revise memo to committee regarding WARN adversary proceeding. | 1.9 | 798.00 |
| 06/02/09 | VW | WEBB | Check docket for WARN adversary proceeding. | .1 | 42.00 |
| 06/03/09 | GA | ANGELICH | Review and comment on draft memo to Committee summarizing WARN Act litigation. | .2 | 92.00 |
| 06/03/09 | GA | ANGELICH | Revise and comment on draft proposed order approving Sim agreement. | .3 | 138.00 |
| 06/05/09 | JN | ROTHLEDER | Telephone conferences with C. C. Cohen and G. Angelich regarding revisions and facts supporting objection to motion for administrative claim asserted by Saint Regis. | .4 | 178.00 |
| 06/05/09 | CC | COHEN | Review/revise draft brief objecting to Saint Regis administrative claim (including reviewing documents and conferring with J. Rothleder regarding same). | 3.6 | 2,214.00 |
| 06/08/09 | JN | ROTHLEDER | Conference with E. Pulliman regarding legal research on quantum meruit standard and follow-up with C. C. Cohen re same. | .3 | 133.50 |
| 06/09/09 | EJ | PULLIAM | Researched quantum meruit to find the standard in New York. | 3.7 | 777.00 |
| 06/09/09 | GA | ANGELICH | Review and analyze Valerie Webbs issue outline re WARN Act class certification | .2 | 92.00 |
| 06/09/09 | GA | ANGELICH | Meet and confer with Andrew Silfen re WARN Act class certification | .2 | 92.00 |
| 06/09/09 | GA | ANGELICH | Review and address Carol Cohens summary and inquiry into WARN Act class certification | .3 | 138.00 |
| 06/09/09 | VW | WEBB | Draft e-mail to G. Angelich and A. Silfen discussing same. | .5 | 210.00 |
| 06/09/09 | VW | WEBB | Check docket of WARN Act adversary proceeding and read Plaintiffs motion for class certification with exhibits. | 1.0 | 420.00 |
| 06/10/09 | VW | WEBB | Telephone conference w/ C. Cohen regarding motion to certify class in WARN Act proceeding. | .1 | 42.00 |
| 06/10/09 | GA | ANGELICH | Confer with Carol Connor Cohen re WARN Act litigation and possible Committee intervention | .1 | 46.00 |

| Date | Initials | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 06/10/09 | VW | WEBB | Revise memo to committee to discuss motion for class certification. | .1 | 42.00 |
| 06/10/09 | EJ | PULLIAM | Research law applied in SDNY Bankruptcy courts regarding quantum meruit; began memorandum. | 1.2 | 252.00 |
| 06/11/09 | EJ | PULLIAM | Met with Westlaw representative; researched decisions involving quantum meruit in SDNY bankruptcy courts; began drafting memorandum. | 1.1 | 231.00 |
| 06/11/09 | GA | ANGELICH | Review Debtors' non-insider KERP motion. | .2 | 92.00 |
| 06/11/09 | GA | ANGELICH | Confer with Brian Ryniker re request Joe Doherty request for KERP | .2 | 92.00 |
| 06/11/09 | GA | ANGELICH | Review emails by Susan Boykas and Doug Bania re Joe Doherty retention issues | .1 | 46.00 |
| 06/11/09 | AI | SILFEN | Call regarding employees and wind down, draft wind down proposal regarding employees, telephone call, conference regarding employees. | 1.3 | 949.00 |
| 06/12/09 | GA | ANGELICH | Confer with Brian Ryniker and Andrew Silfen re Joe Doherty retention issues | .3 | 138.00 |
| 06/12/09 | EJ | PULLIAM | Completed memorandum about quantum meruit in SDNY bankruptcy courts. | 2.5 | 525.00 |
| 06/13/09 | GA | ANGELICH | Confer re Joe Doherty KERP issues | .3 | 138.00 |
| 06/14/09 | GA | ANGELICH | Email to Susan Boykas re Joe Doherty retention | .1 | 46.00 |
| 06/15/09 | JN | ROTHLEDER | Review and analyze memorandum regarding quantum meruit research and correspond with E. Pulliam re same. | .2 | 89.00 |
| 06/15/09 | JN | ROTHLEDER | Conference with E. Pulliam regarding research into quantum meruit standard and follow-up with C. C. Cohen re same. | .3 | 133.50 |
| 06/15/09 | VW | WEBB | Check docket of WARN adversary proceeding for activity. | .1 | 42.00 |
| 06/16/09 | JN | ROTHLEDER | Review memorandum regarding standard for quantum meruit award and related issues and conferences and correspond with C. C. Cohen re same. | .5 | 222.50 |
| 06/16/09 | AI | SILFEN | Negotiation regarding labor issues, review pleadings regarding warn act, telephone call, conference. | .9 | 657.00 |
| 06/16/09 | CC | COHEN | Review/revise objection to Saint Regis claim. | 2.4 | 1,476.00 |
| 06/17/09 | CC | COHEN | Work on objection to Saint Regis claim. | 1.5 | 922.50 |
| 06/17/09 | GA | ANGELICH | Confer with Carol Connor Cohen re June 30 on St Regis motion | .1 | 46.00 |
| 06/18/09 | CC | COHEN | Review/revise objection to Saint Regis administrative claim. | 2.4 | 1,476.00 |
| 06/19/09 | CC | COHEN | Revise Saint Regis objection. | 4.1 | 2,521.50 |
| 06/19/09 | VW | WEBB | Check docket for case activity. | .1 | 42.00 |
| 06/21/09 | CC | COHEN | Revise objection to Saint Regis objection and transmit same to colleagues for review. | 2.8 | 1,722.00 |
| 06/22/09 | CC | COHEN | Revisions to objection brief. | .9 | 553.50 |
| 06/22/09 | JJ | DOWD | Meet, e-mails to/from C. Cohen. | .1 | 25.00 |

(00013) MATTER NUMBER
RE:   Employee Benefits and Severance, Pensions ERISA,
      Labor

FOR PROFESSIONAL SERVICES RENDERED THROUGH: JULY 31, 2009

| Date | Timekeeper | | Description | Hours | Value |
|---|---|---|---|---|---|
| 07/06/09 | GA | ANGELICH | Correspond with Joseph Gitto re opposition to Motion of St Regis for allowance and payment of claim | .1 | 48.00 |
| 07/06/09 | VW | WEBB | Review docket for changes and email update. | .5 | 210.00 |
| 07/07/09 | VW | WEBB | Telephone conference with D. Kozlowski regarding memo to committee; review and revise memo to committee. | 1.6 | 672.00 |
| 07/07/09 | NH | HEERMANS | Communications about answer to class action WARN Act complaint. | .3 | 183.00 |
| 07/07/09 | GA | ANGELICH | Confer with Valerie Webb re edits and revisions to draft memo to Committee re WARN litigation | .2 | 96.00 |
| 07/07/09 | DJ | KOZLOWSKI | Review of internal correspondence re WARN Act AP litigation for George Angelich and speak with Valerie Webb re same. | .3 | 114.00 |
| 07/07/09 | DJ | KOZLOWSKI | Draft, review and revise memorandum to committee re WARN Act AP pleadings and NY Department of Labor proof of claim. | 1.9 | 722.00 |
| 07/07/09 | DJ | KOZLOWSKI | Research Court docket in preparation for making revisions to WARN Act memorandum to committee. | .9 | 342.00 |
| 07/08/09 | GA | ANGELICH | Correspondence re revised draft memo to Committee re WARN Act litigation | .1 | 48.00 |
| 07/09/09 | GA | ANGELICH | Revise memo summarizing WARN Act litigation | .8 | 384.00 |
| 07/09/09 | VW | WEBB | Telephone conference with D. Kozlowski regarding memo to committee. | .4 | 168.00 |
| 07/09/09 | DJ | KOZLOWSKI | Work with Valerie Webb to revise and finalize WARN Act ap memorandum and forward to George Angelich. | .4 | 152.00 |
| 07/10/09 | VW | WEBB | Review and revise memo to committee. | 1.5 | 630.00 |
| 07/13/09 | VW | WEBB | Teleconference related to committee memo with Sidley team; review and revise committee memo. | .9 | 378.00 |
| 07/15/09 | VW | WEBB | Update memo to committee. | .1 | 42.00 |
| 07/17/09 | VW | WEBB | Update committee memo to reflect recent developments in WARN litigation. | .2 | 84.00 |
| 07/17/09 | VW | WEBB | Teleconference with debtors counsel re: status of WARN litigation. | .1 | 42.00 |
| 07/21/09 | JN | ROTHLEDER | Correspond with G. Angelich regarding filing of objection to administrative claim asserted by St. Regis. | .2 | 93.00 |

| Date | Init | Name | Description | Hours | Amount |
|---|---|---|---|---|---|
| 07/21/09 | GA | ANGELICH | Follow up with Carol Cohen re objection to St Regis | .1 | 48.00 |
| 07/23/09 | GA | ANGELICH | Correspond with Joe Gitto re adjournment of St Regis motion | .1 | 48.00 |
| 07/23/09 | GA | ANGELICH | Internal discussions with Carol Cohen re St Regis motion, adjournment and extension of objection deadline | .1 | 48.00 |
| 07/23/09 | GA | ANGELICH | Phone call with Rene Roupinian re status of WARN Act litigation | .3 | 144.00 |
| 07/23/09 | DJ | KOZLOWSKI | Review of correspondence re St. Regis motion and adjournment. | .1 | 38.00 |
| 07/27/09 | VW | WEBB | Check docket, update committee memo and email team regarding same. | .3 | 126.00 |
| 07/30/09 | GA | ANGELICH | Phone call with Bridget Hauserman r: WARN Act. | .2 | 96.00 |
| 07/31/09 | GA | ANGELICH | Follow up on status of responses needed from Sidley concerning status of WARN Act litigation | .2 | 96.00 |
| 07/31/09 | VW | WEBB | Telephone conference with G. Angelich regarding WARN case status and draft email to debtors counsel regarding same. | .1 | 42.00 |

CURRENT FEES                                                  5,094.00

TIMEKEEPER TIME SUMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| NANCY HEERMANS | .3 | at $610.00 = | 183.00 |
| GEORGE ANGELICH | 2.2 | at $480.00 = | 1,056.00 |
| JEFFREY ROTHLEDER | .2 | at $465.00 = | 93.00 |
| VALERIE WEBB | 5.7 | at $420.00 = | 2,394.00 |
| DAVID J. KOZLOWSKI | 3.6 | at $380.00 = | 1,368.00 |
| TOTALS | 12.0 | | 5,094.00 |

SUBTOTAL FOR THIS MATTER                                      $5,094.00

(00013) MATTER NUMBER
RE:  Employee Benefits and Severance, Pensions ERISA,
     Labor

FOR PROFESSIONAL SERVICES RENDERED THROUGH: SEPTEMBER 30, 2009

| Date | Timekeeper | | | Hours | Value |
|---|---|---|---|---|---|
| 09/01/09 | GA | ANGELICH | Phone call from Lesley Varghese, counsel to St Regis, requesting adjournment of hearing and confirming adjournment with call to Chambers of Hon. Robert Drain | .2 | 96.00 |
| 09/01/09 | GA | ANGELICH | Confer with Carol Cohen re adjournment of St Regis motion | .1 | 48.00 |
| 09/01/09 | GA | ANGELICH | Phone call with Rene Roupinian re adjournment of WARN class certification motion | .2 | 96.00 |
| 09/01/09 | GA | ANGELICH | Phone call from Rene Roupinian and Jack Raisner re WARN class certification motion and possible adjournment of hearing | .3 | 144.00 |

CURRENT FEES                                              384.00

TIMEKEEPER TIME SUMARY

GEORGE ANGELICH        .8    at  $480.00 =    384.00

          TOTALS       0.8                    384.00

                SUBTOTAL FOR THIS MATTER              $384.00