UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
MANHATTAN DIVISION

In re:

FORTUNOFF HOLDINGS LLC

Debtor(s)

Case No. 09-10497-SMB

Chapter 7

**NOTICE OF UNCLAIMED DIVIDEND - RULE 3011**

| Claim No | Creditor | Amount Allowed | Amount of Dividend |
|---|---|---|---|
| 2440C | BIONDO JILLIAN<br>99-12 157TH AVENUE<br>HOWARD BEACH, NY 11414 | $64.57 | $64.57 |
| 2386C | ROBERTA COHEN<br>1725 FLORENCE ST<br>MERRICK, NY 11566 | $240.52 | $240.52 |
| 2681C | JEAN LEWIS<br>316 N MAPLE AVE<br>E ORANGE~#, NJ 07017 | $31.36 | $31.36 |
| 2314 | LINDA ABRAMS<br>676 KILDARE CRESCENT<br>SEAFORD, NY 11783 | $73.47 | $73.47 |
| 698 | VENDOR DEVELOPEMENT GROUP INC<br>C/O MICHELLE G NOVICK<br>ARNSTEIN & LEHR LLP<br>CHICAGO, IL 60606 | $3,241.65 | $633.11 |
| 2516C | KRISTINE BALMIR<br>3980 ANNE DRIVE<br>SEAFORD, NY 11783 | $173.46 | $173.46 |
| 2644C | ENID MECKER<br>4083 OHIO PLACE<br>ISLAND PARK, NY 11558 | $57.00 | $57.00 |
| 3269C | DIANE MAZZELLA<br>10 KEATS COURT<br>BETHPAGE, NY 11714 | $53.39 | $53.39 |
| 2460C | O'DONNELL SUSAN<br>17 REGENT STREET<br>HICKSVILLE, NY 11801 | $74.68 | $74.68 |

| | | | |
|---|---|---|---|
| 2275C | JANE RAAB<br>5 HILL TOP LANE<br>MANORVILLE, NY 11949 | $189.96 | $189.96 |
| 2521C | HEENA SHAH<br>8101 HANA ROAD<br>EDISON, NJ 08817 | $71.16 | $71.16 |
| 2542 | AMELIA PEDONE<br>853 NICOLLS ROAD<br>DEER PARK, NY 11729 | $12.44 | $12.44 |
| 2186C | MC CURDY CONZELLA<br>294 W CENTENNIAL AVE<br>ROOSEVELT, NY 11575 | $147.26 | $147.26 |
| 2299C | BARRENECHEA ANA<br>70-32 LOUBET STREET<br>FOREST HILLS, NY 11375 | $81.89 | $81.89 |
| 2377C | BURTON LINDA<br>PO BOX 624<br>WESTBURY, NY 11590 | $55.12 | $55.12 |
| 2586C | GHISLAINE SYLVAIN<br>75-35 175 ST<br>FRESH MEADOWS, NY 11366 | $237.22 | $237.22 |
| 2598C | JUSTIN THURBER<br>706 ZLOTKIN CIRCLE<br>APT 1<br>FREEHOLD, NJ 07728 | $230.14 | $230.14 |
| 2633C | CASSIDY HEATHER<br>22 CARTWAY LANE WEST<br>BEDFORD, NY 10506 | $189.11 | $189.11 |
| 2705C | STIKLICKAS MELISSA<br>31 JOHNSON PLACE<br>FREEPORT, NY 11520 | $88.53 | $88.53 |
| 2707B | CORINNE SAAR<br>22 YARMOUTH RD<br>EAST ROCKAWAY, NY 11518 | $47.91 | $47.91 |
| 2709C | LIU PEI-CHAO<br>202 BELMONT AVE<br>WESTBURY, NY 11590 | $170.98 | $170.98 |
| 3046C | ANTHONY ZECCA<br>67 MOUNTAINSIDE TERRACE<br>CLIFTON, NJ 07013 | $232.95 | $232.95 |
| 0621B | ROBERT W OSBORNE<br>4107 BULLHEAD DR | $928.93 | $928.93 |

| | | | |
|---|---|---:|---:|
| | APEX, NC 27502 | | |
| 0646B | CHRISTIAN KUN<br>3273 31ST STREET 4TH FLOOR<br>LONG ISLAND CITY, NY 11106 | $687.92 | $687.92 |
| 1240B | CAROLYN LEWIS<br>1-2A TULIP CRESCENT<br>LITTLE FALLS, NJ 07424 | $237.70 | $237.70 |
| 1643B | REILLY LAUREN<br>55 PILGRIM PATH<br>HUNTINGTON, NY 11743 | $287.40 | $287.40 |
| 2138B | MADLINGER DIANNE<br>2401 WILLOUGHBY AVENUE<br>SEAFORD, NY 11783 | $2,863.16 | $2,863.16 |
| 611 | SWAROVSKI FINANCIAL SERV CORP<br>DEPARTMENT 1003<br>P.O.BOX 40000<br>HARTFORD, CT 06151 | $21,273.50 | $4,154.80 |
| 1643C | REILLY LAUREN<br>55 PILGRIM PATH<br>HUNTINGTON, NY 11743 | $60.75 | $60.75 |
| 632 | TRAVELPRO INTERNATIONAL INC<br>COFACE NORTH AMERICA INC<br>PO BOX 2102<br>CRANBURY, NJ 08512 | $40,438.80 | $7,897.86 |
| 218 | GUCCI GROUP WATCHES INC<br>C/O LISA M GOLDEN ESQ<br>JASPAN SCHLESINGER LLP<br>GARDEN CITY, NY 11530 | $2,485.00 | $485.33 |
| 380 | PARKER INTERNATIONAL<br>ATTN: MICHAEL K. CHU<br>1720 PEACHTREE STREET, N.W. SUITE 323,<br>ATLANTA, GA 30309 | $16,363.90 | $3,195.93 |
| 789 | N.J. MANUFACTURING, CO<br>31-00 47TH AVE<br># 3B<br>LONG ISLAND CITY, NY 11101 | $2,553.67 | $498.74 |
| 83 | WESTFIELD OUTDOOR INC<br>TEITELBAUM & BASKIN LLP<br>3 BARKER AVE 3RD FL<br>WHITE PLAINS, NY 10601 | $36,565.44 | $7,141.38 |
| 438 | DATA PATH<br>ADAM COHEN<br>20 AUSTIN BLVD | $7,277.09 | $1,421.24 |

| | | | |
|---|---|---:|---:|
| | COMMACK, NY 11725 | | |
| 608 | EMPIRE SILVER CO<br>VINNIE MONGELLI<br>6520 NEW UTRECHT AVE<br>BROOKLYN, NY 11219 | $5,863.50 | $1,145.16 |
| 21 | MILLER IMPORT CORP<br>ATTN: V. SHOUSHA<br>PO BOX 7805<br>EDISON, NJ 08818 | $3,125.00 | $610.32 |
| 90 | CROSCILL ACQUISITION LLC<br>C/O DAN FRANGIS<br>2102 FAY STREET<br>DURHAM, NC 27704 | $209,011.12 | $40,820.70 |
| 330 | TRANS OCEAN IMPORT CO INC<br>ONE BARKER AVENUE<br>WHITE PLAINS, NY 10601 | $26,731.16 | $5,220.70 |
| 634 | LVMH WATCH & JEWELRY TAG HEUER USA<br>COFACE NORTH AMERICA INC<br>PO BOX 2102<br>CRANBURY, NJ 08512 | $79,531.65 | $15,532.85 |
| 690 | SANGO AMERICA<br>JERRY NARDONE<br>79 COUNTY AVENUE<br>SECAUCUS, NJ 07094 | $2,916.00 | $569.51 |
| 713 | LUNT SILVERSMITHS<br>FRAN LIDINSKY<br>298 FEDERAL ST<br>GREENFIELD, MA 01302 | $4,590.00 | $896.45 |
| 733 | YOTRIO CORPORATION<br>4550 SAN PABLO AVE UNIT B<br>EMERYVILLE, CA 94608 | $42,369.30 | $8,274.89 |
| 958 | SHARELLI INC<br>5550 FULLUM #300<br>MONTREAL QUEBEC H2G 2H4, | $29,268.40 | $5,716.23 |
| 1087 | EDUSHAPE LTD<br>JEANNIE CLARY<br>28 BRANDYWINE DR<br>DEER PARK, NY 11729 | $621.60 | $121.40 |
| 3525 | M & L JEWLERY MFG. INC.<br>2520 W 6TH ST<br>LOS ANGELES, CA 90057 | $6,427.71 | $1,255.36 |
| 730 | RUGS AMERICA CORP<br>AARON HAKIMIAH | $155,265.60 | $30,323.99 |

| | | | |
|---|---|---:|---:|
| | 242 ROUTE 110<br>FARMINGDALE, NY 11735 | | |
| 0061A | THEODORA INC DBA DORA WEDDING BAND<br>ONE EXECUTIVE DR #365<br>FORT LEE, NJ 07024 | $1,579.50 | $308.48 |
| 2266 | CANON FINANCIAL SERVICES, INC.<br>C/O PLATZER SWERGOLD ET AL<br>1065 AVENUE OF THE AMERICAS 18TH FLOOR<br>NEW YORK, NY 10018 | $6,170.00 | $1,205.03 |
| 1251 | VERA BRADLEY DESIGNS, INC.<br>ATTN: BRAD VAJER<br>5620 INDUSTRIAL RD<br>FORT WAYNE, IN 46825 | $7,737.83 | $1,511.23 |
| 1010 | JENNIFER SHEEHY<br>484 WOODLAND AVE<br>BELFORD, NJ 07718 | $46.33 | $9.05 |
| 50 | SOUTH BANK STUDIO DBA HARDENBROOK STUDIO<br>173 PORT RD<br>KENNEBUNK, ME 04043 | $6,090.00 | $1,189.40 |
| 308 | ALL LUMINUN PRODUCTS<br>P.O.BOX 8500 (S-7290)<br>PHILADELPHIA, PA 19178 | $42,371.10 | $8,275.24 |
| 543 | A.L. ELLIS INC.<br>P.O.BOX 6127<br>278 COURT STREET<br>PLYMOUTH, MA 02362 | $6,495.00 | $1,268.50 |
| 1821 | THOMAS MC DONALD<br>343 VAN WINKLE AVENUE<br>HAWTHORNE, NJ 07506 | $73.45 | $73.45 |
| 2140 | BERNSTEIN HELEN<br>96 CALHOUN STREET<br>NORTH BABYLON, NY 11703 | $30.43 | $30.43 |
| 2187 | MC CURDY CONZELLA<br>294 W CENTENNIAL AVE<br>ROOSEVELT, NY 11575 | $196.74 | $196.74 |
| 2287 | ORCELIA DEAN<br>551 MITHCELL STREET<br>UNIONDALE, NY 11553 | $25.88 | $25.88 |
| 2298 | SUAZO CARLEM<br>87-06 136ST STREET<br>APT 3D | $19.02 | $19.02 |

| | | | |
|---|---|---|---|
| | RICHMOND HILL, NY 11418 | | |
| 2364 | WILLIAMS ZEDICK<br>116-36 196TH STREET APT.1<br>ST. ALBANS, NY 11412 | $2.18 | $2.18 |
| 2380 | MARSHALL OSHENNA<br>820 PEPPERIDGE ROAD<br>WESTBURY, NY 11590 | $9.73 | $9.73 |
| 2390 | MARYANN DIAS<br>533 MILL RD<br>STATEN ISLAND, NY 10306 | $51.41 | $51.41 |
| 2410 | JUDITH REDMAN<br>50 IVY WAY<br>ABERDEEN, NJ 07747 | $105.87 | $105.87 |
| 2540 | DANIEL M JORDAN<br>805 DEVONSHIRE RD<br>HAUPAUUGE, NY 11788 | $39.85 | $39.85 |
| 2543 | BOSE KATHERINE<br>1248 BELLMORE AVE<br>BELLMORE, NY 11710 | $38.74 | $38.74 |
| 2576 | CARLOS DOS SANTOS<br>62 SYCAMORE AVE<br>APT 2 R<br>HEMPSTEAD, NY 11550 | $72.45 | $72.45 |
| 2672 | JESSICA GUARANDA<br>152 E. MARKET STREET<br>LONG BEACH, NY 11561 | $72.72 | $72.72 |
| 2869 | MONTONE ANNE<br>254-50 BATES ROAD<br>GREAT NECK, NY 11020 | $1,948.64 | $1,948.64 |
| 3112 | RIGHT NOW TECHNOLOGIES<br>PO BOX 9300<br>BOZEMAN, MT 59718 | $6,147.71 | $1,200.67 |
| 2347C | HUTCHISON SUZANNE MARIE<br>2536 WANTAGH AVE.<br>WANTAGH, NY 11793 | $134.20 | $134.20 |
| 3195 | GARDA CL ATLANTIC, INC<br>PO BOX 90178<br>PASADENA, CA 91109 | $12,454.95 | $2,432.50 |
| 828 | AARON SHUM JEWELRY LTD<br>RM 305, TOWER 2, HARBOUR CENTRE<br>8 HOK CHEUNG ST<br>HUNGHOM~# KOWLOON~# HONG KONG, | $4,998.20 | $976.17 |

| | | | |
|---|---|---:|---:|
| 2419 | YANG MING (AMERICA) CORP.<br>NOWELL AMOROSO KLEIN BIERMAN, P.A.<br>RICK A. STEINBERG, ESQ.<br>HACKENSACK, NJ 07601 | $98,735.00 | $19,283.34 |
| 3172 | METROPOLITAN LIFE INSURANCE COMPANY<br>ATTN: GREGG P HIRSCH, ASSOC GEN COUNSEL<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | $4,153.60 | $811.21 |
| 5013 | NICOLE ARGENT<br>196 MERRICK AVE<br>MERRICK, NY 11566 | $405.27 | $405.27 |
| 5019 | HILDA BAMSEY<br>253-27 61ST AVE.<br>LITTLE NECK, NY 11362 | $595.77 | $595.77 |
| 5021 | FRITZ BATRONI<br>46-21 ROBINSON STREET<br>FLUSHING, NY 11355 | $1,060.18 | $1,060.18 |
| 5022 | MARGIE BECKETT<br>142-15 180TH STREET<br>JAMAICA, NY 11434 | $88.16 | $88.16 |
| 5025 | TINA BENITEZ<br>1671 LITTLE NECK AVE<br>NO.BELLMORE, NY 11710 | $412.16 | $412.16 |
| 5027 | HELEN BERNSTEIN<br>96 CALHOUN STREET<br>NORTH BABYLON, NY 11703 | $438.77 | $438.77 |
| 5029 | JILLIAN BIONDO<br>99-12 157TH AVENUE<br>HOWARD BEACH, NY 11414 | $399.14 | $399.14 |
| 5035 | TASHANAH BOULIN<br>117-25 204 STREET<br>ST. ALBANS, NY 11412 | $125.59 | $125.59 |
| 5036 | JOANNE BOYLE-RYAN<br>40 TYRCONNELL AVE<br>MASSAPEQUA PARK, NY 11762 | $488.64 | $488.64 |
| 5043 | AMY CHERNOFF<br>90 MORRIS AVE WEST<br>MALVERNE, NY 11565 | $1,228.38 | $1,228.38 |
| 5044 | KOSTAS CHRONIS<br>143-07 21ST ROAD | $883.82 | $883.82 |

|  |  |  |  |
|---|---|---|---|
|  | WHITESTONE, NY 11357 |  |  |
| 5055 | ANTHONY DAKHIL<br>410 OLD COUNTRY ROAD<br>MELVILLE, NY 11747 | $457.22 | $457.22 |
| 5085 | JOHN FREIRE<br>1406 WASHINGTON AVE<br>NEW HYDE PARK, NY 11040 | $269.22 | $269.22 |
| 5087 | ELEFTHERIOS GEORGOPOULOS<br>40-09 MURRAY ST<br>FLUSHING, NY 11354 | $562.59 | $562.59 |
| 5102 | TERRY HARRIS<br>5 SYLVAN STREET<br>BAYSHORE, NY 11706 | $176.41 | $176.41 |
| 5106 | MARIE HECTOR<br>965 KINGS PKWY<br>BALDWIN, NY 11510 | $78.47 | $78.47 |
| 5107 | AMBER HEGEL<br>1867 MONROE AVE<br>N. BELLMORE, NY 11710 | $413.56 | $413.56 |
| 5117 | VINCENZA INGRAM<br>19 DAHLIA LANE<br>WANTAGH, NY 11793 | $273.38 | $273.38 |
| 5131 | ELLA LANGE<br>7 VIEW COURT<br>DIX HILLS, NY 11746 | $301.28 | $301.28 |
| 5144 | DIANNE MADLINGER<br>2401 WILLOUGHBY AVENUE<br>SEAFORD, NY 11783 | $466.10 | $466.10 |
| 5146 | SYED MAJID<br>315 GRANT AVENUE<br>LYNDHURST, NJ 07071 | $425.20 | $425.20 |
| 5147 | JOSEPH MARIO<br>1024 NORTH 4TH STREET<br>NEW HYDE PARK, NY 11040 | $221.88 | $221.88 |
| 5162 | ANNE MONTONE<br>254-50 BATES ROAD<br>GREAT NECK, NY 11020 | $403.31 | $403.31 |
| 5164 | NADIAH MOSES<br>2675 WEST 36TH STREET<br>APT 9K<br>BROOKLYN, NY 11224 | $320.51 | $320.51 |

| | | | |
|---|---|---|---|
| 5175 | ELEANOR PALUMBO<br>860 East Broadway, Apt. 6N<br>Long Beach, NY 11561 | $1,559.09 | $1,559.09 |
| 5177 | RICHARD PARKER<br>118-41 RIVERTON ST.<br>ST. ALBANS, NY 11412 | $573.33 | $573.33 |
| 5178 | EUGENE PARKS<br>70 CALIFORNIA AVE<br>HEMPSTEAD, NY 11550 | $250.85 | $250.85 |
| 5184 | HUGUETTE POITEVIEN<br>10 SHERIDAN PLACE<br>ROOSEVELT, NY 11575 | $276.27 | $276.27 |
| 5195 | LAUREN REILLY<br>55 PILGRIM PATH<br>HUNTINGTON, NY 11743 | $396.85 | $396.85 |
| 5197 | DEVON RIDGE<br>132-38 154 ST<br>JAMAICA, NY 11434 | $411.74 | $411.74 |
| 5198 | DAVID ROBBINS<br>201 ARTHUR AVE<br>S FLORAL PK, NY 11001 | $9.67 | $9.67 |
| 5203 | SHAMAR ROSE<br>374 LESLIE LANE<br>UNIONDALE, NY 11553 | $267.41 | $267.41 |
| 5218 | RICARDO SHAW<br>5 BARTER LANE<br>APT 2<br>HICKSVILLE, NY 11801 | $255.87 | $255.87 |
| 5220 | MARIE SNIPES-MITCHELL<br>75-05 150 STREET #2B<br>FLUSHING, NY 11367 | $82.21 | $82.21 |
| 5228 | EVELYN SUSSMAN<br>55 LOUIS DRIVE<br>MELVILLE, NY 11747 | $530.16 | $530.16 |
| 5233 | ELINOR TOTH<br>7 MIDLAND AVE<br>HAWTHORNE, NJ 07506 | $483.24 | $483.24 |
| 5244 | JOANNE WADE<br>43 N. FOREST AVE G22<br>ROCKVILLE CENTRE, NY 11570 | $613.50 | $613.50 |
| 5247 | LYNVAL WALLEN<br>3751 BARNES AVENUE | $75.86 | $75.86 |

| | | | |
|---|---|---|---|
| | BRONX, NY 10467 | | |
| 5249 | HILLARY WAXMAN<br>130 ROUND HILL ROAD<br>ROSLYN HEIGHTS, NY 11577 | $1,133.89 | $1,133.89 |
| 5250 | JULLIAN WEBB<br>100 WASHINGTON STREET<br>APT 5G<br>HEMPSTEAD, NY 11550 | $356.21 | $356.21 |
| 5251 | LINDA WEBER<br>1896 BOURNE CT<br>WANTAGH, NY 11793 | $257.85 | $257.85 |
| 5254 | JASON YARDE<br>346 7TH STREET<br>WEST BABYLON, NY 11704 | $245.84 | $245.84 |
| 25 | MCKAY CUSTOM PRODUCTS<br>455 HAYWARD AVE N<br>OAKDALE, MN 55128 | $3,813.30 | $744.75 |
| 31 | ROYCE LTG<br>840 E 134TH ST<br>BROOKLYN, NY 10544 | $2,877.94 | $562.07 |
| 48 | SARYA HANDMADE RUGS<br>140 EXECUTIVE DR JE<br>CALHOUN, GA 30701 | $1,032.00 | $201.55 |
| 70 | BORAX PAPER PRODUCTS INC<br>1390 SPOFFORD AVENUE<br>BRONX, NY 10474 | $1,873.33 | $365.87 |
| 75 | ART CLASSICS LLC<br>11 EAST WISCONSIN<br>TRENTON, IL 62293 | $5,810.40 | $1,134.79 |
| 81 | VILLEROY & BOCH<br>5 VAUGHN DRIVE SUITE 303<br>PRINCETON, NJ 08540 | $28,875.36 | $5,639.47 |
| 110 | CHICAGO WICKER & TRADING CO INC<br>5151 W 73RD ST STE B<br>BEDFORD PARK, IL 60638 | $23,652.78 | $4,619.48 |
| 115 | LIEBERFARB INC<br>C/O COLE SCHOTZ MEISEL FORMAN &<br>LEONARD<br>ATTN KENNETH L BAUM ESQ<br>NEW YORK, NY 10022 | $3,957.21 | $772.86 |
| 123 | LEHRHOFF ABL LLC<br>350 STARKE ROAD SUITE 400 | $15,000.00 | $2,929.56 |

|  |  |  |  |
|---|---|---|---|
|  | CARLSTADT, NJ 07072 |  |  |
| 214 | GRAPHIX SOLUTIONS<br>555 OAK STREET<br>COPAIGUE, NY 11726 | $10,295.00 | $2,010.65 |
| 224 | SOUTHERN SALES AND SERVICES<br>NO. 7/1, FIRST FLOOR, K H ROAD<br>BANGALORE - 560027, | $14,181.00 | $2,769.61 |
| 239 | HOME ESSENTIALS & BEYOND INC.<br>JOE YOUNG<br>3001 WOODBRIDGE AVE.<br>EDISON, NJ 08837 | $1,000.00 | $195.30 |
| 241 | FABRICADE, INC.<br>BEN GOULD<br>P.O. BOX 438<br>BOHEMIA, NY 11716 | $708.75 | $138.42 |
| 253 | LIFETIME BRANDS, INC.<br>MARIE DOERRBECKER<br>1000 STEWART AVE<br>GARDEN CITY, NY 11530 | $10,233.00 | $1,998.55 |
| 254 | LIFETIME BRANDS INC<br>MARIE DOERRBECKER<br>1000 STEWART AVE<br>GARDEN CITY, NY 11530 | $35,047.52 | $6,844.92 |
| 265 | HUTCHINSON COMPANY, INC.<br>KARIN CLANCY<br>PO BOX 486<br>WHITINSVILLE, MA 01588 | $410.00 | $80.07 |
| 272 | MALDEN INT'L DESIGNS<br>20 KENDRICK ROAD<br>WAREHAM, MA 02571 | $522.74 | $102.09 |
| 293 | DORA<br>THEODORA INC<br>1 EXECUTIVE DR STE 365<br>FORT LEE, NJ 07024 | $1,886.00 | $368.34 |
| 295 | OLDE TOWNE WINDOW WORKS<br>JONATHAN WILKEN<br>204 THOMPSON AVE<br>FREDERICKSBURG, VA 22405 | $181.20 | $35.39 |
| 300 | RICARDO/BEVERLY HILLS<br>GREG MCNAUL<br>16111 CANARY AVE<br>LA MIRADA, CA 90638 | $18,828.95 | $3,677.37 |
| 342 | WALLFLEX | $31,571.50 | $6,166.04 |

|     |                                                                                      |              |             |
|-----|--------------------------------------------------------------------------------------|--------------|-------------|
|     | ATTN: MARJAN SKUBIC<br>17717 CIRCLE POND CT.,<br>BOCA RATON, FL 33496                |              |             |
| 368 | JOHN JOSEPH JEWLERY INC.<br>11-11 43RD<br>LONG ISLAND CITY, NY 11101                 | $1,077.50    | $210.44     |
| 384 | FOREMOST<br>ATTN: NINA KOWAL<br>906 MURRAY ROAD<br>EAST HANOVER, NJ 07936            | $122,862.91  | $23,995.61  |
| 402 | VICTORIA KIDS<br>NAOMI JACOBSON, JAMIE ARRICIA<br>12273 SW 129TH CT<br>MIAMI, FL 33186 | $35,064.00 | $6,848.14   |
| 405 | TRG ACCESSORIES DBA TRG GROUP<br>2047 WESTPORT CENTER DRIVE<br>ST LOUIS, MO 63146    | $17,301.60   | $3,379.07   |
| 417 | PACIFIC COAST LIGHTING<br># 20750 PLUMMER ST<br>CHATSWORTH, CA 91311                 | $3,751.44    | $732.67     |
| 426 | SCHYLLING<br>306 NEWBURYPORT TURNPIKE<br>ROWLEY, MA 01969                            | $444.60      | $86.83      |
| 440 | CIRCLE VISUAL, INC.<br>OSCAR BALLOVERAS<br>225 WEST 37TH STREET<br>NEW YORK, NY 10018 | $573.75     | $112.06     |
| 462 | LALIQUE NORTH AMERICA,INC.<br>BRYAN<br>25 BRANCA ROAD<br>EAST RUTHERFORD, NJ 07073   | $1,492.50    | $291.49     |
| 465 | NACHTMANN USA, INC<br>ELISE CRAPSER<br>95 MAYFIELD AVE<br>EDISON, NJ 08818           | $2,130.32    | $416.06     |
| 468 | LORRAINE HOME FASHIONS OF CHIN<br>VALBERG LINNO<br>295 FIFTH AVE<br>NEW YORK, NY 10016 | $5,432.00  | $1,060.89   |
| 480 | ARTHUR COURT DESIGN<br>P O BOX 459<br>BRISBANE, CA 94005                             | $702.00      | $137.10     |
| 502 | SANTA BARBARA CERAMIC DESIGN                                                         | $1,573.20    | $307.25     |

|     |                                                                                                                           |             |            |
| --- | ------------------------------------------------------------------------------------------------------------------------- | ----------- | ---------- |
|     | ROBIN MORRISON<br>1515 CHAPALA ST<br>SANTA BARBARA, CA 93101                                                              |             |            |
| 535 | CLOVER II CORPORATION<br>C/O LAW OFFICES OF MITCHELL J DEVACK PLL<br>90 MERRICK AVENUE SUITE 500<br>EAST MEADOW, NY 11554 | $6,927.11   | $1,352.89  |
| 573 | GOLDMARK PRODUCTS, INC<br>855 CONKLIN STREET<br>SUITE D<br>FARMINGDALE, NY 11735                                          | $16,534.61  | $3,229.27  |
| 574 | ASHLEIGH MANOR<br>FRAN SHEPPS<br>P.O.BOX 3851<br>FREDERICK, MD 21705                                                      | $1,382.10   | $269.93    |
| 598 | OVERNIGHT<br>21-21 44TH DRIVE<br>LONG ISLAND CITY, NY 11101                                                               | $180.00     | $35.15     |
| 622 | ANDREA BASKETS<br>1401 LAKELAND AVE<br>BOHEMIA, NY 11716                                                                  | $747.50     | $145.99    |
| 631 | PRECISION ENVELOPE<br>FRAN<br>& PRINTING CO.<br>FARMINGDALE, NY 11735                                                     | $2,660.32   | $519.57    |
| 637 | CONVERGED TECHNOLOGY GROUP<br>1377 MOTOR PARKWAY<br>SUITE 402<br>ISLANDIA, NY 11749                                       | $25,710.04  | $5,021.27  |
| 712 | DELSEY LUGGAGE,INC.<br>JEFF THAW<br>6735 BUSINESS PARKWAY<br>ELKRIDGE, MD 21075                                           | $49,471.80  | $9,662.04  |
| 775 | SPRINGS GLOBAL US, INC.<br>RICH ROYCROFT<br>P.O.BOX 75066<br>CHARLOTTE, NC 28275                                          | $6,132.00   | $1,197.60  |
| 778 | TERRAILLON CORP<br>MARYLEE KULZER<br>1860 RENAISSANCE BLVD<br>STURTEVANT, WI 53177                                        | $2,754.00   | $537.87    |
| 781 | SENSORMATIC ELECTRONICS CORP.<br>PO BOX 32731                                                                             | $6,570.00   | $1,283.15  |

|  |  |  |  |
|---|---|---:|---:|
|  | CHARLOTTE, NC 28232 |  |  |
| 812 | COOP SPORT INTL DESIGNS<br>TED SCOTT<br>C/O CELTIC CAPTIAL CORP<br>SANTA MONICA, CA 90405 | $1,190.00 | $232.41 |
| 827 | S J LAU JEWELLERY CO LTD<br>FLAT D, 18/F<br>NO 8 HART AVE<br>T.S.T.~# KOWLOON~# HONG KONG, | $406.60 | $79.41 |
| 836 | SOFTLINE HOME FASHIONS INC<br>13122 S NORMANDIE AVE<br>ATTN JASON CARR<br>GARDENA, CA 90249 | $20,828.25 | $4,067.84 |
| 1414 | JERSEY CENTRAL POWER & LIGHT A FIRST<br>ENERGY CO<br>331 NEWMAN SPRINGS RD<br>RED BANK, NJ 07701 | $10,365.20 | $2,024.36 |
| 2582 | STUYVESANT ENERGY LLC<br>C/O MARTIN ROSENMAN<br>3 CHESTNUT DR<br>GREAT NECK, NY 11021 | $50,099.56 | $9,784.64 |
| 732 | COBRA TRADING CORP<br>C/O SILLS CUMMIS & GROSS PC<br>ONE ROCKAFELLER PLZ 25TH FL<br>NEW YORK, NY 10020 | $840.00 | $164.06 |
| 2245 | FURNITURE POWER<br>1400 N.W. 60TH. AVE<br>MIAMI LAKES, FL 33014 | $6,955.00 | $1,358.34 |
| 425 | VERA BRADLEY DESIGNS, INC.<br>5620 INDUSTRIAL RD<br>FORT WAYNE, IN 46825 | $231,098.84 | $45,134.52 |
| 2639 | PARAMUS PARK SHOPPING CENTER<br>LIMITED PARTNERSHIP<br>C/O STEPHEN WARSH<br>CHICAGO, IL 60606 | $91,195.19 | $17,810.78 |
| 3543B | YIBETH ALVAREZ A/K/A ALVAREZ, YIBTH<br>C/O RATTET PASTERNAK & GORDON-<br>OLIVER LLP<br>ATTN ARLENE GORDON-OLIVER ESQ<br>HARRISON, NY 10528 | $3,366.03 | $657.40 |
| 1103 | ELEFTHERIOS TED GEORGOPOULOS<br>40-09 MURRAY ST<br>FLUSHING, NY 11354 | $1,150.49 | $1,150.49 |

| | | | |
|---|---|---|---|
| 1695 | FLOWERS MATTIE<br>3 MEEHAN LANE APT. C<br>ROCKVILLE CENTRE, NY 11570 | $27.36 | $27.36 |
| 3218 | UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE FOR<br>THE SOUTHERN DISTRICT OF NEW YORK<br>NEW YORK, NY 10004 | $14,625.00 | $14,625.00 |
| 3219 | UNITED STATES TRUSTEE<br>OFFICE OF THE UNITED STATES TRUSTEE FOR<br>THE SOUTHERN DISTRICT OF NEW YORK<br>NEW YORK, NY 10004 | $625.00 | $625.00 |
| 11 | REED AND BARTON CORP<br>144 W BRITANNIA ST<br>TAUNTON, MA 02780 | $2,920.00 | $570.30 |
| 52 | MJC AMERICA LTD DBA SOLEUS INTL<br>ATTN JIMMY LOH<br>20035 E WALNUT DRIVE N<br>CITY OF INDUSTRY, CA 91789 | $35,805.12 | $6,992.88 |
| 57 | ART HEADQUARTERS LLC DBA WENDOVER ART GR<br>11885 44TH ST NORTH<br>CLEARWATER, FL 33762 | $5,044.16 | $985.14 |
| 94 | BEAUCHAMP COLLECTION<br>2205 W PARK ST<br>ATTN SHARON CONNOT<br>PARIS, TX 75460 | $6,448.95 | $1,259.51 |
| 99 | WOODARD CM LLC<br>PO BOX 227211<br>DALLAS, TX 75222 | $51,716.60 | $10,100.46 |
| 102 | ELECTROLUX HOME CARE PRODUCTS NA<br>ATTN JODI WRIGHT CREDIT MGR<br>807 N MAIN ST<br>BLOOMINGTON, IL 61701 | $2,261.30 | $441.64 |
| 107 | ELIKO PEARL CO INC<br>2 WEST 46TH ST<br>STE 907<br>NEW YORK, NY 10036 | $6,395.60 | $1,249.09 |
| 125 | THOUSAND MILLION JEWELLERY<br>MANUFACTURING LIMITED 207A TOWER 2<br>HARBOUR CENTRE 8 HOK CHEUNG ST | $52,697.70 | $10,292.07 |
| 188 | SUTTON TIME LTD | $3,886.00 | $758.95 |

| | | | |
|---|---|---:|---:|
| | 29-10 THOMSON AVE<br>LONG ISLAND CITY, NY 11101 | | |
| 219 | HAEGER INDUSTRIES INC<br>7 MAIDEN LANE<br>DUNDEE, IL 60118 | $4,483.28 | $875.60 |
| 246 | WEINSTOCK<br>MR. RENDEL<br>34-30 STEINWAY ST<br>LONG ISLAND CITY, NY 11101 | $1,149.00 | $224.40 |
| 299 | LLADRO U.S.A., INC.<br>RON BROWN<br>1 LLADRO DRIVE<br>MOONACHIE, NJ 07074 | $43,255.00 | $8,447.87 |
| 364 | BLONDER HOME ACCENTS<br>MONICA MURRAYI<br>3950 PROSPECT AVE<br>CLEVELAND, OH 44115 | $440.00 | $85.93 |
| 381 | NASSAU CANDY DISTRIBUTORS, INC<br>530 WEST JOHN STREET<br>HICKSVILLE, NY 11801 | $1,822.40 | $355.92 |
| 399 | PHILIP REINISCH COMPANY<br>STAN REINISCH<br>BOX 3534 MERCHANDISE MRT<br>CHICAGO, IL 60654 | $11,800.00 | $2,304.59 |
| 421 | ALLIED IMEX INC<br>MIKE TABBA<br>1530 W EL SEGUNDO BLVD<br>GARDENA, CA 90249 | $2,707.20 | $528.73 |
| 432 | MOVADO GROUP INC<br>ATTN TIMOTHY F MICHNO ESQ<br>650 FROM RD<br>PARAMUS, NJ 07652 | $10,409.50 | $2,033.02 |
| 450 | PROGRESSIVE INT'L CORP.<br>6111 S.228TH ST.<br>KENT, WA 98032 | $7,189.56 | $1,404.15 |
| 456 | CHILEWICH SULTAN LLC<br>COFACE NORTH AMERICA INC<br>PO BOX 2102<br>CRANBURY, NJ 08512 | $1,980.01 | $386.70 |
| 457 | VERSAILLES HOME FASHION INC<br>COFACE NORTH AMERICA INC<br>PO BOX 2102<br>CRANBURY, NJ 08512 | $2,380.50 | $464.92 |

09-10497-shl   Doc 1813   Filed 08/13/21   Entered 08/13/21 14:15:57   Main Document
                                     Pg 17 of 20


| | | | |
|---|---|---:|---:|
| 459 | THRO LTD<br>COFACE NORTH AMERICA INC<br>PO BOX 2102<br>CRANBURY, NJ 08512 | $10,110.00 | $1,974.52 |
| 464 | RIEDEL CRYSTAL OF AMERICA<br>ATTN: ACCOUNTING - ELISE CRAPSER<br>95 MAYFIELD AVE<br>EDISON, NJ 08837 | $5,774.00 | $1,127.69 |
| 466 | TIMEWORKS,INC.CLOCK COMPANY<br>2929 FIFTH ST.<br>BERKELEY, CA 94710 | $4,736.40 | $925.04 |
| 467 | ATIT DIAMOND<br>22 W 48TH ST<br>SUITE 902<br>NEW YORK, NY 10036 | $23,162.50 | $4,523.73 |
| 470 | SIMCO MANUFACTURING JEWELERS<br>62 WEST 47TH ST<br>NEW YORK, NY 10036 | $3,257.00 | $636.10 |
| 473 | UNIVERSAL FURNITURE INT'L.INC.<br>BECKY JESSUP<br>P.O.BOX 751558<br>CHARLOTTE, NC 28275 | $104,811.03 | $20,470.01 |
| 489 | BERNDES COOKWARE INC<br>CELENA VITALO<br>1200-0 WESTINGHOUSE BLVD<br>CHARLOTTE, NC 28273 | $720.00 | $140.62 |
| 499 | BALTIC LINEN CO., INC.<br>MARK OR BARRY<br>1999 MARCUS AVE<br>LAKE SUCCESS, NY 11040 | $352.00 | $68.75 |
| 511 | EPSILON JEWELRY CORP<br>70 W.40TH STREET<br>12TH FLOOR<br>NEW YORK, NY 10018 | $960.00 | $187.49 |
| 520 | THANE DISTRIBUTION GROUP<br>78-140 CALLE TAMPICO<br>LA QUINTA, CA 92253 | $4,404.00 | $860.12 |
| 521 | HELLER LIGHTING<br>PAUL SCHWARTZ<br>320 ELIZABETH AVE<br>NEWARK, NJ 07112 | $5,285.00 | $1,032.18 |
| 578 | ZWILLING JA HENCKELS LLC<br>ANDY BOUKAS<br>171 SAW MILL RIVER RD | $9,108.62 | $1,778.95 |

| | | | |
|---|---|---|---|
| | HAWTHORNE, NY 10532 | | |
| 587 | LOUIS HORNICK<br>STEVE RAND<br>261 5TH AVE<br>NEW YORK, NY 10016 | $1,197.00 | $233.78 |
| 636 | ALEXANDER DOLL COMPANY, INC.<br>LAURIE GARCIA<br>615 W 131 ST.<br>NEW YORK, NY 10027 | $8,915.30 | $1,741.19 |
| 648 | ALL CLAD METALCRAFTERS LLC<br>COFACE NORTH AMERICA INC<br>PO BOX 2102<br>CRANBURY, NJ 08512 | $48,652.13 | $9,501.95 |
| 649 | BACCARAT INC<br>COFACE NORTH AMERICA INC<br>PO BOX 2102<br>CRANBERRY, NJ 08512 | $1,865.00 | $364.24 |
| 653 | FITZ AND FLOYD<br>STECE BARAM<br>P O BOX 405003<br>ATLANTA, GA 30384 | $261.40 | $51.05 |
| 689 | KURT GAUM, INC<br>580 FIFTH AVE<br>SUITE 303<br>NEW YORK, NY 10036 | $2,390.00 | $466.78 |
| 696 | M.BLOCK AND SONS,INC.<br>DAVE WHITE<br>135 S.LASALLE<br>CHICAGO, IL 60674 | $17,551.16 | $3,427.81 |
| 705 | USCOA, LLC<br>P O BOX 7214<br>COLUMBIA, SC 29202 | $2,476.80 | $483.73 |
| 707 | ORIENTAL WEAVERS USA INC<br>ATTN SHERRY VOYLES<br>PO BOX 908<br>DALTON, GA 30722 | $9,998.00 | $1,952.65 |
| 742 | CREATIVE CO-OP INC.<br>PO BOX 415000<br>NASHVILLE, TN 37241 | $2,618.40 | $511.38 |
| 808 | SKU INC.<br>JOHN GLASER<br>2100 SECTION ROAD<br>CINCINNATI, OH 45237 | $480.00 | $93.75 |

| | | | |
|---|---|---:|---:|
| 832 | O J M (JEWELRY) LIMITED<br>PENINSULA CENTRE<br>67 MODY RD<br>TSIM SHATSU EAST~# KOWLOON~# HONG K, | $71,264.25 | $13,918.19 |
| 940 | MONARCH ROBE CO INC<br>737 CORTLAND ST<br>ATTN: ASHLEY CHADOWITZ<br>PERTH AMBOY, NJ 08861 | $623.70 | $121.81 |
| 1422 | STACY DAVIS<br>63 NORTH WALNUT STREET<br>APT 7<br>EAST ORANGE, NJ 07017 | $135.02 | $135.02 |
| 1630 | JANTZ JULIE<br>1535 MIDIAN STREET<br>N MERRICK, NY 11566 | $95.35 | $95.35 |
| 1694 | FLOWERS MATTIE<br>3 MEEHAN LANE APT. C<br>ROCKVILLE CENTRE, NY 11570 | $451.66 | $451.66 |
| 1809 | MC DONALD THOMAS<br>343 VAN WINKLE AVENUE<br>HAWTHORNE, NJ 07506 | $2,714.28 | $2,714.28 |
| 1937 | FRANCES MCCOY<br>JACK A RAISNER ESQ RENE S ROUPINIAN ESQ<br>OUTTEN & GOLDEN LLP<br>NEW YORK, NY 10016 | $1,267.32 | $1,267.32 |
| 2391 | ZENNARIO NICHOLAS<br>1728 DILL AVE<br>LINDEN, NJ 07036 | $93.51 | $93.51 |
| 2417 | FUCCILLO DANIEL<br>806 CENTRE AVENUE<br>LINDENHURST, NY 11757 | $55.14 | $55.14 |
| 2572 | DIANA SAFYAN<br>208 BEACH 124TH STREET #8<br>ROCKAWAY PARK, NY 11694 | $2,004.83 | $391.55 |
| 2822 | MORGANI DAVID<br>220 BAYVILLE AVE<br>BAYVILLE, NY 11709 | $3,435.25 | $3,435.25 |
| 2839 | WEBER LINDA<br>1896 BOURNE CT<br>WANTAGH, NY 11793 | $901.54 | $901.54 |
| 3065 | ALABAMA CRENSHAW<br>69 NORTH BROADWAY | $186.52 | $186.52 |

|      |                                                                          |             |             |
|------|--------------------------------------------------------------------------|-------------|-------------|
|      | APT. 234<br>WHITE PLAINS, NY 10603                                       |             |             |
| 3492 | KOSTAS CHRONIS<br>143-07 21ST ROAD<br>WHITESTONE, NY 11357               | $2,688.17   | $2,688.17   |
| 3510A| CB RICHARD ELLIS INC<br>ATTN LANCE MILLER ESQ<br>JONES DAY<br>NEW YORK, NY 10017 | $87,500.00  | $17,089.10  |
| 5217 | HIMANSHU SHAH<br>105 RIVERBIRCH ROAD<br>LEXINGTON, SC 29072              | $792.36     | $792.36     |
| 5242 | RENEE VERNIERI<br>1039 SHERIDAN AVE<br>APT A<br>ELIZABETH, NJ 11782      | $195.80     | $195.80     |
| 5165 | ROBERT MURRAY<br>13271 CORBEL CIRCLE<br>APT 1612<br>FORT MYERS, FL 33907 | $850.42     | $850.42     |
|      |                                                                          | Total:      | $550,701.38 |

Which were never negotiated.

    By reason of the above the trustee encloses estate check in the TOTAL sum of $550,701.38 representing an unclaimed dividend in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

Dated: August 09, 2021        Estate of FORTUNOFF HOLDINGS LLC

/s/

IAN J. GAZES (SDNY), Trustee
4780 SW 86th Terrace, Ground Floor
Miami, FL 33143